**Joseph ARMATO and Pamela D. Armato, Respondents,**

v.

**1100 SERVICES, L.L.C., Appellant.**

**No. WD 69315.**

Missouri Court of Appeals, Western District.

Feb. 24, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 2009.

Dennis C. Owens, Kansas City, MO, for appellant.

John E. Turner, Kansas City, MO, for respondent.

Before DIV I: HOLLIGER [1], P.J., LOWENSTEIN and HARDWICK, JJ.

1. Judge Holliger was with the court at the time of argument, but retired before hand

## ORDER

PER CURIAM.

1100 Services, L.L.C. appeals from a judgment awarding damages to Joseph and Pamela Armato on their negligence and loss of consortium claims. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).